UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

United States of America,

   Plaintiff,         Case No. 04-CR-30068-DRH

  v.

Melvin Perkins,

   Defendant,
=======================================
Quality Packaging Specialists, Int'L,

   Garnishee.

## **GARNISHEE ORDER**

  A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.   Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on July 14, 2016, stating that at the time of the service of the Writ the business had in their possession or under their control personal property belonging to and due Defendant.

  On June 6, 2016, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

  **IT IS ORDERED** that Garnishee pay 25% of the Defendant's net wages to Plaintiff, and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Debtor or until further Order of this Court.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois   62201.

The Plaintiff is to provide a copy of this Order to the Garnishee.

Dated: August 5, 2016

Judge Herndon
2016.08.05
13:26:53 -05'00'

United States District Judge